ORIGINAL

FILED

04/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 20-0003

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 20-0003

APR 0 7 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE PETITION OF HAO CHENG WANG TO
SUBMIT LATE APPLICATION TO TAKE THE
BAR EXAM

O R D E R

Hao Cheng Wang has filed a petition for leave to submit a late application to take the Montana Bar Examination presently scheduled to be administered in July 2020. Wang's petition establishes good cause for the request. Wang must also comply with all other applicable Rules of Admission, including character and fitness certification, in sufficient time to ultimately be able to sit for the examination. Therefore,

IT IS HEREBY ORDERED that the petition of Hao Cheng Wang for leave to submit a late application to take the Montana Bar Examination in July 2020 is GRANTED, subject to completion of all exam prerequisites. The application should be submitted no later than April 15, 2020.

The Clerk shall provide copies of this order to the Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 7 day of April, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices